IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01819-REB-MEH

NORTHWEST PARKWAY PUBLIC HIGHWAY AUTHORITY,

    Plaintiff,

v.

BAYERISCHE HYPO-UND VEREINSBANK AG, New York Branch,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 15, 2009.**

    The Stipulation and Protective Order Regarding Discovery in Connection with Experts [filed June 15, 2009; docket #38], filed as a Stipulated Motion for Protective Order Regarding Discovery in Connection with Experts, is **granted**. The Stipulation is accepted and entered contemporaneously with this minute order.