IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01819-REB-MEH

NORTHWEST PARKWAY PUBLIC HIGHWAY AUTHORITY,

      Plaintiff,

v.

BAYERISCHE HYPO-UND VEREINSBANK AG, New York Branch,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 21, 2009.**

      The Joint Motion to Modify Scheduling Order and Trial Preparation Conference Order, and to Reschedule Settlement Conference [filed July 16, 2009; docket #45] is **granted in part** and **denied in part** as follows:

      The Settlement Conference set for July 24, 2009, is **vacated**. The parties shall conference together and call Chambers at (303) 844-4507 on or before **July 24, 2009**, to reschedule.

      The Court permits the parties ten additional requests for documents, requests for admissions, and interrogatories, totaling thirty-five each.

      Service of written discovery due on or before **August 6, 2009**;
      Rebuttal expert reports due on or before **August 10, 2009**;
      Discovery cutoff extended up to and including **September 15, 2009**;
      Dispositive Motions deadline extended up to and including **September 15, 2009**; and
      Fed. R. Evid. 702 Motions deadline extended up to and including **September 15, 2009**.

      The Final Pretrial Conference set for October 7, 2009, is **vacated** and **rescheduled** to Thursday, **November 5, 2009, at 9:30 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*. If any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

2

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. <u>See</u> D.C. Colo. LCivR 83.2B.