IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01819-REB-MEH

NORTHWEST PARKWAY PUBLIC HIGHWAY AUTHORITY,

    Plaintiff,

v.

BAYERISCHE HYPO-UND VEREINSBANK AG, New York Branch,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 4, 2009.**

    The Motion of Defendant/Counterclaims Plaintiff to Modify Scheduling Orders and to Schedule a Status Conference [filed September 3, 2009; docket #53] is **denied without prejudice** for failure to state dates certain, pursuant to D.C. Colo. LCivR 6.1D. Defendant may re-file and propose dates certain for its requests.