IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01819-REB-MEH

NORTHWEST PARKWAY PUBLIC HIGHWAY AUTHORITY,

    Plaintiff,

v.

BAYERISCHE HYPO-UND VEREINSBANK AG, New York Branch,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 17, 2009.**

    The Amended Motion of Defendant/Counterclaim Plaintiff to Modify Scheduling Orders and to Schedule a Status Conference [filed September 11, 2009; docket #56] is **denied without prejudice**. Defendant may re-file its requests in two motions, one directed to resetting the trial preparation conference and trial dates in this matter and one regarding the remaining scheduling modifications.