IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01819-REB-MEH

NORTHWEST PARKWAY PUBLIC HIGHWAY AUTHORITY,

Plaintiff,

v.

BAYERISCHE HYPO-UND VEREINSBANK AG, New York Branch,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 2, 2009.**

Defendant/Counterclaim Plaintiff's Unopposed Motion to Re-Schedule Telephonic Hearing Regarding Defendant's Motion to Modify Scheduling Order and Subsequent Related Orders [filed October 2, 2009; docket #65] is **granted**. The telephonic hearing set for October 6, 2009, is **vacated** and **rescheduled** to Thursday, **October 8, 2009,** at **9:00 a.m.** The parties shall conference together and call Chambers at (303) 844-4507 at the designated time.