IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   08-cv-01819-REB-MEH | Date:   October 8, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

NORTHWEST PARKWAY PUBLIC HIGHWAY
AUTHORITY,

Neil L. Arney

     Plaintiff,

vs.

BAYERISCHE HYPO-UND VEREINSBANK AG,

Mark P. Ressler
Tucker K. Trautman

     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:**     **9:06 a.m.**

Court calls case.  Appearances of counsel by telephone.

Argument and discussion regarding Motion for Withdrawal and Substitution of Counsel (Doc. #70, filed 10/6/09) and Defendant's Motion to Modify February 3, 2009 Scheduling Order, July 21, 2009 Minute Order and July 27, 2009 Minute Order (Doc. #61, filed 9/21/09).

Discussion regarding Defendant's Motion to Modify Trial Preparation Conference Order and Related Orders (Doc. #62, filed 9/21/09), which has not been referred to this Court for ruling. The Court contacts Judge Blackburn's staff and informs counsel of the new trial and trial preparation dates.  A separate order will issue from Judge Blackburn's chambers.

**ORDERED:**  1.    For reasons stated on the record, Defendant's Motion to Modify February 3, 2009 Scheduling Order, July 21, 2009 Minute Order and July 27, 2009 Minute Order (Doc. #61, filed 9/21/09) is GRANTED in part and DENIED in part. **Discovery cutoff and dispositive motions are due by November 15, 2009. The Final Pretrial Conference set for November 5, 2009, is VACATED and RESET to January 11, 2010, at 9:30 a.m.  The proposed Final Pretrial Order is due five (5) days prior to the hearing.** A copy of the proposed order in Word or WordPerfect format shall also be sent to this Court's e-mail account, Hegarty_Chambers@cod.uscourts.gov five (5) days prior to the conference.

        2.    For reasons stated on the record, Motion for Withdrawal and Substitution

of Counsel (Doc. #70, filed 10/6/09) GRANTED.

Mr. Ressler states that he intends to file a Motion for Leave to Amend to add parties.

**ORDERED:**  Defendant's Motion for Leave to Amend shall be filed by **October 15, 2009.**
Plaintiff's response shall be filed by **October 26, 2009.**  Defendant's reply shall
be filed by **October 30, 2009.**

The Court and counsel discuss setting a Settlement Conference.  Counsel are directed to contact
the Court separately before close of business on **October 13, 2009.**

Any motions under Rule 702 shall be filed by **November 30, 2009.**

**Court in recess:**       **9:58 a.m.  (Hearing concluded)**
**Total time in court:**  0:52