**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01819-REB-MEH

NORTHWEST PARKWAY PUBLIC HIGHWAY AUTHORITY,

    Plaintiff,

v.

BAYERISCHE HYPO-UND VEREINSBANK AG, New York Branch,

    Defendant.

**MINUTE ORDER**[1]

The matter is before the court on defendant's **Motion to Modify Trial Preparation Conference Order and Related Orders** [#62], filed September 21, 2009.

**IT IS ORDERED** as follows:

1. That the defendant's **Motion to Modify Trial Preparation Conference Order and Related Orders** [#62], filed September 21, 2009, is **GRANTED** consistent with the following orders;

2. That the Trial Preparation Conference set for December 4, 2009, is **VACATED** and **RESET** to **February 19, 2010,** at 9:00 a.m.; and

3. That the seven-day trial to the court set to commence December 7, 2009, is **VACATED** and **RESET** to a four-day trial to the court commencing **March 8, 2010**, at 9:00 a.m.

Dated: October 8, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.