IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01819-REB-MEH

NORTHWEST PARKWAY PUBLIC HIGHWAY AUTHORITY,

    Plaintiff,

v.

BAYERISCHE HYPO-UND VEREINSBANK AG, New York Branch,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 3, 2009.**

    Wells Fargo Bank, N.A.'s Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) [filed November 2, 2009; docket #81] is **granted**. The Gretchen Middents deposition and the Rule 30(b)(6) deposition scheduled for November 5, 2009, shall not proceed pending the Court's decision on Defendant Bayerische Hypo- und Vereinsbank AG's Motion for Leave to File Amended Counterclaims and Third-Party Claims [docket #76].

    A Telephonic Status Conference is hereby set for Monday, **November 16, 2009**, at **9:15 a.m.** The parties shall conference together and call Chambers at (303) 844-4507 at the designated time.