**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01819-REB-MEH

NORTHWEST PARKWAY PUBLIC HIGHWAY AUTHORITY,

    Plaintiff,

v.

BAYERISCHE HYPO-UND VEREINSBANK AG, New York Branch,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO VACATE TRIAL

**Blackburn, J.**

    The matter before me is defendant **HVB's Motion To Vacate March 8, 2010 Trial Date, and for Expedited Briefing of This Motion** [#112] filed February 4, 2010.  I considered this motion in open court today, February 19, 2010, at 9:00 a.m., the time previously scheduled for the Trial Preparation Conference.  Having considered the motion, response, and reply, and having considered the extant, conflicting docket commitments of the court during the week of March 8, 2010, I concluded on the record that the motion should be granted and that the Trial Preparation Conference and bench trial should be vacated and continued pending further order of this court.  This order memorializes those findings, conclusions, and orders.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **HVB's Motion To Vacate March 8, 2010 Trial Date, and for Expedited Briefing of This Motion** [#112] filed February 4, 2010, is **GRANTED**; and

2.  That the Trial Preparation Conference, scheduled for Friday, February 18, 2010, at 9:00 a.m., as well as the bench trial, scheduled to commence on Monday, March 8, 2010, at **VACATED** and **CONTINUED** without date, pending further order of this court.

Dated February 19, 2010, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge