**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01819-REB-MEH

NORTHWEST PARKWAY PUBLIC HIGHWAY AUTHORITY,

    Plaintiff,

v.

BAYERISCHE HYPO-UND VEREINSBANK AG, New York Branch,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court on **Plaintiff's Motion For Leave To File Sur-Reply in Support of its Opposition (Doc. 114) To Defendant's Motion For Sanctions (Doc. 98)** [#134] filed March 9, 2010. The motion is **DENIED**. Any arguments raised or evidence presented in the reply brief that do no correspond to those presented in the original motion will not be considered by the court.

    Dated: March 15, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.