**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   08-cv-01819-REB-MEH

NORTHWEST PARKWAY PUBLIC HIGHWAY AUTHORITY,

    Plaintiff,

v.

BAYERISCHE HYPO-UND VEREINSBANK AG, New York Branch,

    Defendant.

## JUDGMENT

Pursuant to the **Order Re: Cross-Motions for Summary Judgment** [#138] entered by Judge Robert E. Blackburn on August 9, 2010, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That defendant **HVB's Motion for Summary Judgment and Memorandum Brief in Support** [#104], filed January 29, 2010, is **GRANTED**; and

2. That plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of standing.

DATED at Denver, Colorado this   17th   day of August, 2010.

                FOR THE COURT:

                Gregory C. Langham, Clerk

                By:  s/ Edward P. Butler
                     Edward P. Butler
                     Deputy Clerk