**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | January 19, 2011 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Neil Leslie Arney
Ms. Mia Katrine Della Cava
Mr. David J. Wagner
Kutak Rock LLP
1801 California Street
Suite 3100
Denver, CO 80202

Mr. Michael Hanin
Mr. Mark P. Ressler
Kasowitz Benson, Torres & Friedman LLP
1633 Broadway
21st Floor
New York, NY 10019-0000

**RE:**    **10-1429, NW Parkway Public Hwy. Auth. v. Bayerische Hypo-Und Vereinsban**
Dist/Ag docket: 1:08-CV-01819-REB-MEH

Dear Clerk and Counsel:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/kf